**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 14-6275**

_____

UNITED STATES OF AMERICA,

               Plaintiff - Appellee,

     v.

TRAVIS MCLEAN,

               Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Louise W. Flanagan, District Judge. (5:10-cr-00104-FL-1; 5:12-cv-00515-FL)

_____

Submitted: May 19, 2015               Decided: May 21, 2015

_____

Before NIEMEYER and HARRIS, Circuit Judges, and DAVIS, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Travis McLean, Appellant Pro Se. Sebastian Kielmanovich, Assistant United States Attorney, Seth Morgan Wood, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Travis McLean appeals the district court's order denying relief on his 28 U.S.C. § 2255 (2012) motion. We have reviewed the record and find no reversible error. Accordingly, we deny McLean's motion for appointment of counsel and affirm for the reasons stated by the district court. United States v. McLean, Nos. 5:10-cr-00104-FL-1; 5:12-cv-00515-FL (E.D.N.C. Feb. 6, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED